IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Lisa Skinner, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 12-3009-CV-S-JTM |
| | ) |
| Michael Astrue, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is *Defendant's Motion to Reverse And Remand*, filed May 3, 2012 [Doc. 10]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g) for further administrative proceedings as set forth in defendant's motion.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**