# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| Lisa Skinner, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Case No. 12-3009-CV-S-JTM ) |
| Michael J. Astrue, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under the Equal Access To Justice Act*, filed September 7, 2012 [Doc. 14]. After due consideration of the issues presented and in light of the agreement of the parties, it is

ORDERED that plaintiff's *Application For Attorney's Fees Under the Equal Access To Justice Act*, filed September 7, 2012 [Doc. 14] is GRANTED. Accordingly, plaintiff is awarded attorney fees pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412, in the amount of $1,023.40.

                                                      */s/ John T. Maughmer*
                                                         John T. Maughmer
                                      United States Magistrate Judge